IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICOM AUTOMATION SERVICES INC, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN ELECTRICAL CONSTRUCTION INC., <br><br> Defendant. _____ / | No. C 14-01217 CRB <br><br> **ORDER TO SHOW CAUSE** |

In light of Plaintiff Americom Automation Services, Inc.'s counsel's representations in its Application to Withdraw as Counsel in case number 13-2317, docket number 33, and in the motion hearing on that Application held today, the Court hereby ORDERS Plaintiff to SHOW CAUSE by <u>10:00 am on June 13, 2014</u> why its case should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Failure to respond to this Order or to appear at the hearing on <u>10:00 am on June 13, 2014</u> could lead to dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\1217\OSC - pltf.wpd