**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICOM AUTOMATION SERVICES INC, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN ELECTRICAL CONSTRUCTION INC., <br><br> Defendant. _____ / | No. C 14-01217 CRB <br><br> **ORDER DISMISSING CASE** |

Pursuant to Federal Rule of Civil Procedure 41(b), this action is now DISMISSED without prejudice for failure to prosecute. Plaintiff Americom Automation Services, Inc. shall have thirty (30) days from the date of this Order to seek to set aside the dismissal through retained counsel. The Carrillo Law Firm, P.C., is hereby relieved as counsel of record. This Order shall be served on Justin Pelayo, President of AmeriCom Automation Services, Inc. by certified mail.

**IT IS SO ORDERED.**

Dated: May 1, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\1217\order of dismissal.wpd