IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICOM AUTOMATION SERVICES INC, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN ELECTRICAL CONSTRUCTION INC., <br><br> Defendant._____/ | No. C 14-01217 CRB <br><br> **ORDER TO SHOW CAUSE** |

    Defendant Metropolitan Electrical Construction filed a Motion for Attorneys' Fees on June 30, 2014. See Mot. (dkt. 48). Plaintiff's opposition papers were due no more than 14 days after the Motion was filed. See Local Rules Northern District of California, Rule 7-3(a). Plaintiff has failed to timely file an opposition. Accordingly, Plaintiff is ORDERED to SHOW CAUSE by Friday, August 1, 2014 why Defendant's Motion should not be granted.

**IT IS SO ORDERED.**

Dated: July 28, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\1217\OSC2.wpd