United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICOM AUTOMATION SERVICES INC,

        Plaintiff,

  v.

METROPOLITAN ELECTRICAL CONSTRUCTION INC.,

        Defendant.

                                       /

No. C 14-01217 CRB

**ORDER GRANTING FEES MOTION**

      Defendant Metropolitan Electrical Construction filed a Motion for Attorneys' Fees on June 30, 2014. See Mot. (dkt. 48). Defendant's Motion is based on: (1) a clause in its contract with Plaintiff providing that the "[p]revailing party in any dispute shall be entitled to an award of its attorney fees and costs incurred," RJN (dkt. 48-3) Ex. A at 7; (2) the Court's having dismissed Plaintiff's case and entered judgment for Defendant, id. Exs. B, C; and (3) billing records documenting that it incurred $30,955.96 in fees and costs, Lum Decl. (dkt. 48-2). When Plaintiff failed to timely file an opposition, the Court ordered Plaintiff to show cause why Defendant's Motion should not be granted. See OSC (dkt. 50). Plaintiff has failed to oppose the Motion or respond to the Court's Order. Accordingly, and good cause appearing therefor, the Court VACATES the hearing currently set for August 15, 2014, and

//

1  GRANTS Defendant's Motion.

2  **IT IS SO ORDERED.**

4  Dated: August 5, 2014

   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE